UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FIERRO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. RUIZ, et al.,<br><br>　　　　　Defendants. | No. 1:24-cv-01413 KES GSA (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT<br><br>(See ECF No. 11 at 1-2)<br><br>ORDER DISREGARDING "PROPOSED AMENDED COMPLAINT" WITHIN MOTION FOR LEAVE TO FILE AMENDED COMPLAINT<br><br>(See ECF No. 11 at 2-9)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE ATTACHED CORRECTION OF PAGE ONE OF COMPLAINT AS MOOT<br><br>(ECF No. 10)<br><br>ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT ON COURT'S FORM<br><br>PLAINTIFF'S FIRST AMENDED COMPLAINT DUE IN THIRTY DAYS |

　　　　Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

1

Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. The matter is at the screening stage of the proceedings.

Plaintiff has filed a motion for leave to file a corrected first page of his original complaint. ECF No. 10. He has also filed a motion for leave to file an amended complaint (ECF No. 11 at 1-2) and a "proposed amended complaint" within the motion for leave to amend (see id. at 2-9).

For the reasons stated below, Plaintiff's motion for leave to file an amended complaint will be granted. However, the "proposed amended complaint" filed within the motion for leave to amend will be disregarded. Plaintiff's motion for leave to file an attached correction of page one of his original complaint will be denied as moot. Finally, Plaintiff will be sent a copy of the Court's civil rights complaint form and he will be ordered to file his amended complaint on it.

## I.   PLAINTIFF'S MOTIONS

In support of the motion for leave to file an amended complaint, Plaintiff states, in part, that he would like to add correct names of defendants to the complaint. ECF No. 11 at 1. Within the motion, however, Plaintiff presents a "proposed amended complaint.: Id. at 2-11.

## II.   DISCUSSION

In light of above, Plaintiff's motion for leave to amend will be granted. However, the "proposed amended complaint" within the motion will be disregarded. In addition, Plaintiff's motion for leave to file an attached correction to the complaint will be denied as moot. Finally, the Clerk of Court will be directed to send Plaintiff a copy of the Court's civil rights complaint form and Plaintiff will be ordered to file the amended complaint on that form. Plaintiff is cautioned that failure to comply with the Court's order may result in a recommendation that this matter be dismissed for failure to obey a court order.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a copy of the Court's Civil Rights Complaint By a Prisoner, and Plaintiff must use that form;

2. Plaintiff's motion for leave to file an amended complaint (ECF No. 11 at 1-2) is GRANTED;

3. Plaintiff's "proposed amended complaint" filed within the motion for leave to amend

(see ECF No. 11 at 2-9) is DISREGARDED;

    4. Plaintiff's motion for leave to file an attached correction of page one of the original complaint (ECF No. 10) is DENIED as moot, and

    5. Within thirty days from the date of this order, Plaintiff shall file a first amended complaint on the Court's Civil Rights Complaint By a Prisoner form.

**Plaintiff is cautioned that failure to comply with this order may result in a recommendation that this matter be dismissed.**

IT IS SO ORDERED.

Dated: __**December 21, 2024**__          _____/s/ Gary S. Austin_____
                                                               UNITED STATES MAGISTRATE JUDGE