1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOE FIERRO,                              No.  1:24-cv-01413 KES GSA (PC)

12                     Plaintiff,             ORDER DIRECTING PLAINTIFF TO SHOW
                                              CAUSE WHY THIS MATTER SHOULD NOT
13         v.                                 BE DISMISSED FOR FAILURE TO
                                              PROSECUTE AND FOR FAILURE TO OBEY
14   J. RUIZ, et al.,                         A COURT ORDER

15                     Defendants.            (ECF No. 12)

16                                            PLAINTIFF'S SHOWING OF CAUSE OR, IN
                                              THE ALTERNATIVE, THE FILING OF HIS
17                                            FIRST AMENDED COMPLAINT DUE IN
                                              TWENTY-ONE DAYS
18

19
            Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil
20
     rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States
21
     Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.
22
            For the reasons stated below, Plaintiff will be ordered to show cause why this matter
23
     should not be dismissed for failure to prosecute and for failure to obey a court order.  As an
24
     alternative to filing the showing of cause, Plaintiff may file a first amended complaint.  Plaintiff
25
     will be given twenty-one days to take either course of action.
26
            I.     RELEVANT PROCEDURAL HISTORY
27
            On November 19, 2024, Plaintiff's complaint and his application to proceed in forma
28
                                                1

1    pauperis were docketed.  ECF Nos. 1, 2.  Shortly thereafter, Plaintiff's application to proceed in

2    forma pauperis was granted.

3        Thereafter, on December 12, 2024, and on December 19, 2024, Plaintiff's motion for

4    leave to file a correction to page one of the complaint, and his motion for leave to file an amended

5    complaint were docketed.  See ECF Nos. 10, 11 (respectively).  On December 23, 2024, the Court

6    granted Plaintiff's motion for leave to amend, but denied Plaintiff's motion for leave to file a

7    correction of page one of his complaint.  ECF No. 12.  Consistent with that order, Plaintiff was

8    given thirty days to file an amended complaint.  Id. at 3.

9        More than thirty days have passed and Plaintiff has not filed an amended complaint, nor

10   has he filed a request for an extension of time to do so.  He has not responded to the Court's order

11   in any way.

12       II.    DISCUSSION

13       Both the Court and the public have an interest in the disposal of cases in an expedient

14   manner.  See generally Hernandez v. City of El Monte, 138 F.3d 393, 399 (9th Cir. 1998)

15   (presuming public has interest in expeditious litigation).  Plaintiff's failure to file an amended

16   complaint as ordered has stalled this process, and it warrants the Court issuing an order directing

17   him to show cause why this matter should not be dismissed for failure to prosecute and for failure

18   to obey a court order.  He will be given twenty-one days to do so.  As an alternative to Plaintiff

19   filing a showing of cause, within the same twenty-one-day period, Plaintiff may instead file the

20   first amended complaint as he was previously ordered to do.

21       Accordingly, IT IS HEREBY ORDERED that:

22       1.   The Clerk of Court shall send Plaintiff a copy of the Court's Civil Rights Complaint

23   By a Prisoner form;

24       2.   Within twenty-one days from the date of this order, Plaintiff shall SHOW CAUSE

25   why this matter should not be dismissed for failure to prosecute and for failure to obey a court

26   order, or

27       3.   As an alternative to filing the showing of cause, Plaintiff may instead file an amended

28

1   complaint.[1]

2      **Plaintiff is cautioned that failure to comply with this order within the time allotted**

3   **may result in a recommendation that this matter be dismissed.**

4

5

6   IT IS SO ORDERED.

7      Dated:   **February 6, 2025**                    **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   [1]  As Plaintiff is well aware, at any time during these proceedings, he may also voluntarily
     dismiss this matter.  Additionally, should Plaintiff choose not to amend the complaint, the Court
28   will presume that Plaintiff would like to stand on his last, properly filed complaint.