**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE FIERRO, | Case No. 1:24-cv-01413 KES BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITH PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE CASE |
| v. | |
| RUIZ, *et al.*, | |
| Defendants. | Doc. 21 |

Joe Fierro asserts that while incarcerated at California Substance Abuse Treatment Facility, he suffered violations of his civil rights arising under the First, Fifth, Fourteenth, and Eighth Amendments.  Fierro also seeks to hold the defendants liable for violations of California Senate Bill 132. *See* Doc. 20.

The magistrate judge screened the second amended complaint pursuant to 28 U.S.C. § 1915A(a) and found Fierro failed to comply with Federal Rule of Civil Procedure 8 and failed to state a cognizable claim under 42 U.S.C. § 1983.  Doc. 21 at 3-10.  The magistrate judge found further leave to amend was not appropriate because the Court provided Fierro "with the relevant pleading and legal standards," and he was unable to cure the pleading deficiencies. *Id.* at 10.  The magistrate judge recommended the Court dismiss the action with prejudice. *See id.*; *id.* at 1.

On March 4, 2026, the Court served the findings and recommendations on Fierro and notified him that any objections were due within 14 days.  Doc. 21 at 10.  The Court advised the

1

parties that the failure to file timely objections may result in the waiver of rights on appeal. *Id.* at 10-11 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014). Fierro has not filed objections and the time to do so expired.

In accordance with 28 U.S.C. § 636 (b)(1), the Court conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court **ORDERS**:

1. The findings and recommendations issued on March 4, 2026 (Doc. 21) are **ADOPTED** in full.

2. This action is **DISMISSED** with prejudice for failure to comply with Federal Rule of Civil Procedure 8 and for failure to state a claim upon which relief may be granted.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    March 30, 2026    

_____
UNITED STATES DISTRICT JUDGE

2